United States Bankruptcy Court for the
District of Arizona

IN RE:

Mary J. Kintner

Case No. 10-17889-PCT GBN

Judge George B. Nielsen Jr.

Debtor(s)

## MOTION TO WITHDRAW
### APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**On October 21, 2014**, Dilks and Knopik, LLC made application for unclaimed funds (Docket #46, 47, 48) in the amount of $377.27 for funds that were issued by the trustee to Sallie Mae, Inc., creditor in the above-referenced case.

**Our application contained an error** in that it inadvertently included the signature of Jeffrey A. Hudspeth, VP – Accounts. A corrected application will be submitted shortly.

**THEREFORE**, we respectfully request that our previous motion be withdrawn.

Respectfully Submitted:

Dated: October 24, 2014

Brian J. Dilks
Dilks & Knopik, LLC

On 10/24/2014 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Andrew T. Drake, Notary Public
My commission expires: August 9, 2015
Notary in and for the State of Washington